United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edgar D. Unthank  
      Debtor

Case No. 16-12031-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Virginia　　　Page 1 of 1　　　Date Rcvd: Sep 13, 2017  
　　　　　　　　　　　　　Form ID: pdf900　　 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2017.  
db　　　　　　+Edgar D. Unthank,　 811 Crooked Lane,　 King of  Prussia, PA 19406-3552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2017　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2017 at the address(es) listed below:  
　　　　DAVID B. SPITOFSKY　　on behalf of Debtor Edgar D. Unthank spitofskybk@verizon.net, spitofskylaw@verizon.net  
　　　　FREDERICK L. REIGLE　　ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　　JASON BRETT SCHWARTZ　　on behalf of Creditor　 NCEP, LLC jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 Ditech Financial LLC bkgroup@kmllawgroup.com  
　　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
　　　　POLLY A. LANGDON　　on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
　　　　THOMAS I. PULEO　　on behalf of Creditor　 Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
　　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Edgar D. Unthank | | |
| | Debtor | CHAPTER 13 |
| Ditech Financial LLC | | |
| | Movant | |
| vs. | | |
| | | NO. 16-12031-SR |
| Edgar D. Unthank | | |
| | Debtor | |
| Kelly A. Lotson | | |
| | Co-Debtor | |
| | | 11 U.S.C. Sections 362 and 1301 |
| Frederick L. Reigle | | |
| | Trustee | |

## ORDER

AND NOW, this       day of            , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 811 Crooked Lane, King of Prussia, PA 19406 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

9/13/17

United States Bankruptcy Judge Stephen Raslavich

Edgar D. Unthank
811 Crooked Lane
King of Prussia, PA  19406

Kelly A. Lotson
811 Crooked Lane
King of Prussia, PA 19406

David B. Spitofsky Esq.
516 Swede Street (VIA ECF)
Norristown, PA 19401

Frederick L. Reigle
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532