UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

EDGAR D. UNTHANK
                                                    : Bankruptcy No. 16-12031JKF
         Debtor(s)                                  : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 12, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID B SPITOFSKY ESQ
516 SWEDE STREET
NORRISTOWN PA 19401

EDGAR D. UNTHANK
811 CROOKED LANE
KING OF PRUSSIA,PA.19406