United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edgar D. Unthank  
Debtor

Case No. 16-12031-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 2          Date Rcvd: Oct 12, 2017
                              Form ID: pdf900          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2017.
```
db          +Edgar D. Unthank,    811 Crooked Lane,    King of  Prussia, PA 19406-3552
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr          +NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13709104    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:  AmeriCredit Financial Services, Inc.,    dba GM Financial,
             P O Box 183853,    Arlington, TX 76096)
13697162    +AR Resources, Inc.,    P.O. 1056,    Blue Bell, PA 19422-0287
13697161    #Accounts Receivable Mgt., Inc.,    P.O. Box 561,    Thorofare, NJ 08086-0561
13707032    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
13697163     Bernadette A. Kearney, Esq.,    Hamburg, Rubin, et al.,    P.O. Box 1479,
             Lansdale, PA 19446-0773
13697166    +Citicards CBNA,    701 E. 60th Street N,    Sioux Falls, SD 57104-0432
13697167    +Commonwealth of Pennsylvania,    Office of UC Benefits,    P.O. Box 67503,
             Harrisburg, PA 17106-7503
13697158    +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
             Norristown, PA 19401-4807
13697170    +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13697172     Hayt, Hayt & Landau, LLC,    Two Industrial Way West,    P.O. Box 500,    Eatontown, NJ 07724-0500
13742312    +Intercoastal Financial, LLC,    7954 Transit Rd. #144,    Williamsville, NY 14221-4117
13697175    +Kelly A. Lotson,    811 Crooked Lane,    King of Prussia, PA 19406-3552
13697177    +Madsen, Inc.,    2901 Springfield Road,    Broomall, PA 19008-1399
13941505    +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Ditech Financial LLC,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13697179    +Miller Law,    Washington Sq. Bldg Ste D,    21 West Washington Street,
             West Chester, PA 19380-2670
13752362    +NCEP, LLC by AIS Data Services, LP as agent,    P.O. Box 4138,    Houston, TX 77210-4138
13697181    +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center at Suburban Station,
             1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
13697183    +Sterling Credit Corp.,    716 N. Bethlehem Pike,    Suite 301,    Ambler, PA 19002-2656
13697184     Universal Card/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13697185    +Upper Merion Township,    175 West Valley Forge Road,    King of  Prussia, PA 19406-1851
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Oct 13 2017 01:39:52     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 13 2017 01:39:11
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 13 2017 01:39:36     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13713415    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 13 2017 01:40:51     Ascension Capital Group,
             Attn:  NCEP, LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13697164    +E-mail/Text: notices@burt-law.com Oct 13 2017 01:40:18     Burton Neil, Esq.,
             Burton Neil & Associates,    1060 Andrew Drive, Ste. 170,    West Chester, PA 19380-5600
13697165    +E-mail/Text: bankruptcycollections@citadelbanking.com Oct 13 2017 01:40:03
             Citadel Federal Credit Union,    520 Eagle View Boulevard,    Exton, PA 19341-1119
13697168    +E-mail/Text: kzoepfel@credit-control.com Oct 13 2017 01:39:25     Credit Control, LLC,
             5757 Phantom Drive, Ste. 330,    Hazelwood, MO 63042-2429
13697169     E-mail/Text: mrdiscen@discover.com Oct 13 2017 01:38:48     Discover Financial Services,
             P.O. Box 15316,    Wilmington, DE 19850
13788929     E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2017 01:38:53     Ditech Financial LLC,
             F/K/A Green Tree Servicing LLC,    PO Box 6154,    Rapid City, SD 57709-6154
13697160    +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 13 2017 01:39:22     Frederic J. Baker, Esquire,
             Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13697171     E-mail/Text: bankruptcy.bnc@ditech.com Oct 13 2017 01:38:53     Green Tree Servicing, LLC,
             P.O. Box 6154,    Rapid City, SD 57709
13697173     E-mail/Text: cio.bncmail@irs.gov Oct 13 2017 01:38:51     Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
13697174     E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 13 2017 01:39:31     Jefferson Capital Systems, LLC,
             16 Mcleland Road,    Saint Cloud, MN 56303-2198
13697176    +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 13 2017 01:40:45     LVNV Funding, LLC,
             P.O. Box 10497,    Greenville, SC 29603-0497
13697178    +E-mail/Text: bankruptcydpt@mcmcg.com Oct 13 2017 01:39:21     Midland Funding, LLC,
             8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13697180     E-mail/PDF: AIS.credigy.ebn@americaninfosource.com Oct 13 2017 01:40:46     NCEP, LLC,
             2877 Paradise Road,    Unit 303,    Las Vegas, NV 89109-5239
13697182     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 13 2017 01:55:07
             Portfolio Recovery Associates,    120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: Christina              Page 2 of 2                  Date Rcvd: Oct 12, 2017
                              Form ID: pdf900              Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, tx 76096-3853
cr*          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13697159*    +Edgar D. Unthank,    811 Crooked Lane,    King of  Prussia, PA 19406-3552
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Edgar D. Unthank spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    NCEP, LLC jschwartz@mesterschwartz.com,
               jottinger@mesterschwartz.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

EDGAR D. UNTHANK
                                                    : Bankruptcy No. 16-12031JKF
          Debtor(s)                                 : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 12, 2017**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID B SPITOFSKY ESQ
516 SWEDE STREET
NORRISTOWN PA 19401

EDGAR D. UNTHANK
811 CROOKED LANE
KING OF PRUSSIA,PA.19406